# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                  §
                                        §
ICT LEASING AND TRUCK SALES INC.        §   Case No. 14-15733
                                        §
            Debtor                      §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter  of the United States Bankruptcy Code was filed on 04/27/2014 . The case was converted to one under Chapter 7 on 05/27/2014 . The undersigned trustee was appointed on 05/28/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $   20,769.58

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 20,744.58 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 25.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/21/2015 and the deadline for filing governmental claims was 08/21/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,826.96 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 0.00 , for a total compensation of $ 0.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/28/2017                By: /s/BRENDA PORTER HELMS, TRUSTEE
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-15733 DLT | Judge: | Deborah L. Thorne | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ICT LEASING AND TRUCK SALES INC. | | | Date Filed (f) or Converted (c): | 05/27/2014 (c) |
| | | | | 341(a) Meeting Date: | 05/28/2014 |
| For Period Ending: | 11/28/2017 | | | Claims Bar Date: | 08/21/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Standard Bank Checking | 0.00 | 0.00 | | 0.00 | FA |
| 2. Cashier's check | 5,500.00 | 5,500.00 | | 0.00 | FA |
| 3. Lot 1: 4 Trucks | 140,000.00 | 140,000.00 | | 20,769.58 | FA |
| Share from sale of Debtor's assets that was conducted per order 9/14/14 [dkt 120-in lead case, 14-15662] with assets from related company (ICT Real Esate) | | | | | |
| 4. Lot 2: 20 Trucks | 700,000.00 | 700,000.00 | | 0.00 | FA |
| 5. Lot 3: 3 Trucks | 105,000.00 | 105,000.00 | | 0.00 | FA |
| 6. Lot 4: 7 Trucks | 230,000.00 | 230,000.00 | | 0.00 | FA |
| 7. Lot 5: 6 Trucks | 120,000.00 | 120,000.00 | | 0.00 | FA |
| 8. Lot 6: 1 Truck | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 9. Lot 7: 4 Trucks | 260,000.00 | 260,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $1,580,500.00     $1,580,500.00     $20,769.58     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/17: TFR being prepared

9/30/16: Trustee negotiated settlement between all creditors which was approved by Court. Trustee preparing TFR.

Assets liquidated.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 14-15733  
Case Name: ICT LEASING AND TRUCK SALES INC.  
Taxpayer ID No: XX-XXX2477  
For Period Ending: 11/28/2017  

Trustee Name: BRENDA PORTER HELMS, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX3797  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/15/16 | 3 | ICT REAL ESTATE | PRO RATA SHARE OF SALE PROCEEDS<br>Debtor's assets sold per order dated 9/24/14 [dkt 120 in lead case F&F Transportation, Inc. 14-15662] | 1290-000 | $20,769.58 | | $20,769.58 |
| 07/15/16 | 101 | Schneider & Stone | per court order #60 dated 7/14/16 Reversal<br>check cancelled; not mailed; incorrect amount | 6210-000 | | ($20,769.58) | $41,539.16 |
| 07/15/16 | 101 | Schneider & Stone | per court order #60 dated 7/14/16 | 6210-000 | | $20,769.58 | $20,769.58 |
| 07/21/16 | 102 | Schneider & Stone | Debtor attorney fees<br>per order 7/20/16 [dkt 63] | 6210-000 | | $20,419.58 | $350.00 |
| 07/21/16 | 103 | Office of U.S. Trustee | Ch. 11 administrative fees | 2950-000 | | $350.00 | $0.00 |
| 07/22/16 | 103 | Office of U.S. Trustee | Ch. 11 administrative fees<br>Reversal<br>wrong amount | 2950-000 | | ($350.00) | $350.00 |
| 07/22/16 | 104 | Office of U.S. Trustee | Ch 11 adminstrative fees<br>Paid per order 7/20/16 [dkt 63] | 2950-000 | | $325.00 | $25.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $20,769.58 | $20,744.58 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,769.58 | $20,744.58 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,769.58 | $20,744.58 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $20,769.58  $20,744.58

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3797 - Checking | $20,769.58 | $20,744.58 | $25.00 |
|  | $20,769.58 | $20,744.58 | $25.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,769.58 |
| Total Gross Receipts: | $20,769.58 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-15733
Case Name: ICT LEASING AND TRUCK SALES INC.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $ 25.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 0.00 | $ 0.00 | $ 0.00 |
| Fees: OFFICE OF THE U.S. TRUSTEE | $ 325.00 | $ 325.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $ 0.00

Remaining Balance    $ 25.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: Schneider & Stone | $ 20,419.58 | $ 20,419.58 | $ 0.00 |

Total to be paid for prior chapter administrative expenses    $ 0.00

Remaining Balance    $ 25.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,989.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | ILLINIOIS DEPT OF REVENUE | $ 1,989.00 | $ 0.00 | $ 25.00 |
| | Total to be paid to priority creditors | | | $ 25.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | General Electric Capital Coporation | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 288.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4A | ILLINIOIS DEPT OF REVENUE | $ 288.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |

  Remaining Balance    $_____0.00_

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE