# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re:                                             §
                                                   §
ICT LEASING AND TRUCK SALES INC. §        Case No. 14-15733
                                                   §
               Debtor                          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/04/2018 in Courtroom 613,

Deborah L. Thorne
United States Courthouse
219 S. Dearborn St. Room 613
Chicago Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/30/2017                By: /s/ Brenda Porter Helms
                                                                Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    §
                                          §
ICT LEASING AND TRUCK SALES INC. §          Case No. 14-15733
                                          §
          Debtor                          §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of                      $        20,769.58

and approved disbursements of                           $        20,744.58

leaving a balance on hand of[1]                         $            25.00

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Fees: OFFICE OF THE U.S. TRUSTEE | $        325.00 | $        325.00 | $            0.00 |

Total to be paid for chapter 7 administrative expenses         $            0.00

Remaining Balance                                              $           25.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: Schneider & Stone | $      20,419.58 | $      20,419.58 | $            0.00 |

Total to be paid for prior chapter administrative expenses     $            0.00

Remaining Balance                                              $           25.00

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,989.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | ILLINIOIS DEPT OF REVENUE | $          1,989.00 | $          0.00 | $          25.00 |
| | Total to be paid to priority creditors | | $                25.00 | |
| | Remaining Balance | | $                0.00 | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | General Electric Capital Coporation | $          0.00 | $          0.00 | $          0.00 |
| | Total to be paid to timely general unsecured creditors | | $                0.00 | |
| | Remaining Balance | | $                0.00 | |

Tardily filed claims of general (unsecured) creditors totaling $ 288.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4A | ILLINIOIS DEPT OF REVENUE | $          288.00 | $          0.00 | $          0.00 |
| | Total to be paid to tardy general unsecured creditors | | $                0.00 | |

Remaining Balance                                    $_____0.00

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Brenda Porter Helms _____
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                             Case No. 14-15733-DLT
ICT Leasing and Truck Sales, Inc.                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: cgreen         Page 1 of 1         Date Rcvd: Nov 30, 2017
                             Form ID: pdf006      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db          +ICT Leasing and Truck Sales, Inc.,   271 E. North Ave.,   Glendale Heights, IL 60139-3790
22080757    +General Electric Capital Coporation,   c/o Reed Smith LLP,   Attn Kelley Tibble,
             10 S. Wacker Drive 40th FL,   Chicago, IL 60606-7506
25816484     ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY,   PO BOX 19035,   SPRINGFIELD, IL 62794-9035
24175255    +Schneider & Stone,   8424 Skokie Blvd.,   Suite 200,   Skokie, IL 60077-2568

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21987715    +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Nov 30 2017 21:10:02      Office of the U.S. Trustee,
             219 S. Dearborn St.  Rm 873,   Chicago, IL 60604-2027
                                                                                   TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
          Arlene N Gelman   on behalf of Creditor   Signature Financial, LLC agelman@vedderprice.com,
          ckim@vedderprice.com,
          ecfdocket@vedderprice.com;arlene-gelman-5110@ecf.pacerpro.com;7610@ecf.pacerpro.com
          Ben L Schneider   on behalf of Debtor 1   ICT Leasing and Truck Sales, Inc.
          ben@windycitylawgroup.com,  mstone@windycitylawgroup.com;ebrandes@windycitylawgroup.com
          Brenda Porter Helms, ESQ   brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
          Catherine A. Cooke   on behalf of Creditor   Advance Business Capital, LLC ccooke@rsplaw.com
          Daniel M. Feeney   on behalf of Creditor   Commercial Credit Group, Inc.
          dfeeney@millershakman.com,  adomek@millershakman.com;miller-ecfs_notice@juralaw.net
          Kelley Tibble   on behalf of Creditor   General Electric Capital Corporation akaton@reedsmith.com
          Lauren Newman   on behalf of Creditor   Southgate Capital, LLC lnewman@thompsoncoburn.com,
          jstolarz@thompsoncoburn.com;aversis@thompsoncoburn.com;bray@thompsoncoburn.com
          Miriam R Stein   on behalf of Trustee Brenda Porter Helms, ESQ mstein@chuhak.com,
          dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com;vjefferson@chuhak.com
          Miriam R. Stein   on behalf of Trustee Brenda Porter Helms, ESQ mstein@chuhak.com,
          dgeorge@chuhak.com;vjefferson@chuhak.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Steve Jakubowski   on behalf of Creditor   Advance Business Capital, LLC sjakubowski@rsplaw.com
          Vincent T Borst   on behalf of Creditor   Advance Business Capital, LLC vborst@rsplaw.com,
          kkidd@rsplaw.com
          William J Factor   on behalf of Creditor Jerry  Slusarenko wfactor@wfactorlaw.com,
          wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com
          ;factorwr43923@notify.bestcase.com
          William J Factor   on behalf of Creditor Patrick  Sacor wfactor@wfactorlaw.com,
          wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com
          ;factorwr43923@notify.bestcase.com
                                                                                   TOTAL: 14