# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| ICT LEASING AND TRUCK SALES INC. | § | Case No. 14-15733 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,440,500.00                    Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  25.00          Claims Discharged
                                                  Without Payment: NA

Total Expenses of Administration: 20,744.58

---

3) Total gross receipts of $ 20,769.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,769.58 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,456,683.73 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 325.00 | 325.00 | 325.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 35,356.25 | 20,419.58 | 20,419.58 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 1,989.00 | 1,989.00 | 25.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 940,491.64 | 288.00 | 288.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 4,397,175.37 | $ 37,958.25 | $ 23,021.58 | $ 20,769.58 |

4) This case was originally filed under chapter on 04/27/2014, and it was converted to chapter 7 on 05/27/2014. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2018          By: /s/BRENDA PORTER HELMS, TRUSTEE
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lot 1: 4 Trucks | 1290-000 | 20,769.58 |
| **TOTAL GROSS RECEIPTS** | | **$20,769.58** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CCG Loan | | 20,982.00 | NA | NA | 0.00 |
| | CCG Loan | | 33,753.49 | NA | NA | 0.00 |
| | CCG Loan | | 285,373.26 | NA | NA | 0.00 |
| | CCG Loan | | 268,646.01 | NA | NA | 0.00 |
| | CCG Loan | | 34,571.29 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Commercial Credit Group c/o Tracy Labonowski 2056 Westings Ave., Suite 280 Naperville, IL 60563 | | 34,570.00 | NA | NA | 0.00 |
| | GE Loan | | 630,922.39 | NA | NA | 0.00 |
| | GE Loan | | 257,918.00 | NA | NA | 0.00 |
| | JX Financial PO Box 5, Waukesha Waukesha, WI 53187 | | 0.00 | NA | NA | 0.00 |
| | Signature Financial c/o David McGowan 225 Broadhollow Rd Melville, NY 11747 | | 242,150.00 | NA | NA | 0.00 |
| | Signature Financial c/o David McGowan 225 Broadhollow Rd Melville, NY 11747 | | 236,156.88 | NA | NA | 0.00 |
| | Southgate Capital LLC c/o Roy Mulattieri 4440 S 108th St Milwaukee, WI 53228 | | 0.00 | NA | NA | 0.00 |
| | Standard Bank & Trust c/o Anne Howaniec 7800 W. 95th St. Hickory Hills, IL 60457 | | 325,636.96 | NA | NA | 0.00 |
| | Standard Bank & Trust c/o Anne Howaniec 7800 W. 95th St. Hickory Hills, IL 60457 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Standard Bank & Trust c/o Anne Howaniec 7800 W. 95th St. Hickory Hills, IL 60457 | | 21,444.81 | NA | NA | 0.00 |
| | Standard Bank & Trust c/o Anne Howaniec 7800 W. 95th St. Hickory Hills, IL 60457 | | 106,790.97 | NA | NA | 0.00 |
| | Standard Bank & Trust c/o Anne Howaniec 7800 W. 95th St. Hickory Hills, IL 60457 | | 242,350.59 | NA | NA | 0.00 |
| | Standard Bank & Trust c/o Anne Howaniec 7800 W. 95th St. Hickory Hills, IL 60457 | | 263,952.56 | NA | NA | 0.00 |
| | Standard Bank & Trust c/o Anne Howaniec 7800 W. 95th St. Hickory Hills, IL 60457 | | 451,464.52 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 3,456,683.73 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM PC | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 325.00 | $ 325.00 | $ 325.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Schneider & Stone | 6210-000 | NA | 35,356.25 | 20,419.58 | 20,419.58 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 35,356.25 | $ 20,419.58 | $ 20,419.58 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | ILLINIOIS DEPT OF REVENUE | 5800-000 | NA | 1,989.00 | 1,989.00 | 25.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 1,989.00 | $ 1,989.00 | $ 25.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Five Stars | | 11,000.00 | NA | NA | 0.00 |
| | ICT Logistics | | 929,491.64 | NA | NA | 0.00 |
| 2 | General Electric Capital Coporation | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4A | ILLINIOIS DEPT OF REVENUE | 7200-000 | NA | 288.00 | 288.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 940,491.64 | $ 288.00 | $ 288.00 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-15733 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ICT LEASING AND TRUCK SALES INC. | | | | Date Filed (f) or Converted (c): | 05/27/2014 (c) |
| | | | | | 341(a) Meeting Date: | 05/28/2014 |
| For Period Ending: | 02/13/2018 | | | | Claims Bar Date: | 08/21/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Standard Bank Checking | 0.00 | 0.00 | | 0.00 | FA |
| 2. Cashier's check | 5,500.00 | 5,500.00 | | 0.00 | FA |
| 3. Lot 1: 4 Trucks  Share from sale of Debtor's assets that was conducted per order 9/14/14 [dkt 120-in lead case, 14-15662] with assets from related company (ICT Real Esate) | 140,000.00 | 140,000.00 | | 20,769.58 | FA |
| 4. Lot 2: 20 Trucks | 700,000.00 | 700,000.00 | | 0.00 | FA |
| 5. Lot 3: 3 Trucks | 105,000.00 | 105,000.00 | | 0.00 | FA |
| 6. Lot 4: 7 Trucks | 230,000.00 | 230,000.00 | | 0.00 | FA |
| 7. Lot 5: 6 Trucks | 120,000.00 | 120,000.00 | | 0.00 | FA |
| 8. Lot 6: 1 Truck | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 9. Lot 7: 4 Trucks | 260,000.00 | 260,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $1,580,500.00      $1,580,500.00      $20,769.58      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/17: TFR being prepared

9/30/16: Trustee negotiated settlement between all creditors which was approved by Court. Trustee preparing TFR.

Assets liquidated.

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Page: 2

Case 14-15733    Doc 69    Filed 03/12/18    Entered 03/12/18 13:51:53    Desc Main
Initial Projected Date of Final Report (TFR): 12/31/2015    Current Projected Date of Final Report (TFR): 11/30/2017
Document    Page 9 of 11

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-15733 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: ICT LEASING AND TRUCK SALES INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3797 |
| | Checking |
| Taxpayer ID No: XX-XXX2477 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/13/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/15/16 | 3 | ICT REAL ESTATE | PRO RATA SHARE OF SALE PROCEEDS<br>Debtor's assets sold per order dated 9/24/14 [dkt 120 in lead case F&F Transportation, Inc. 14-15662] | 1290-000 | $20,769.58 | | $20,769.58 |
| 07/15/16 | 101 | Schneider & Stone | per court order #60 dated 7/14/16 Reversal<br>check cancelled; not mailed; incorrect amount | 6210-000 | | ($20,769.58) | $41,539.16 |
| 07/15/16 | 101 | Schneider & Stone | per court order #60 dated 7/14/16 | 6210-000 | | $20,769.58 | $20,769.58 |
| 07/21/16 | 102 | Schneider & Stone | Debtor attorney fees<br>per order 7/20/16 [dkt 63] | 6210-000 | | $20,419.58 | $350.00 |
| 07/21/16 | 103 | Office of U.S. Trustee | Ch. 11 administrative fees | 2950-000 | | $350.00 | $0.00 |
| 07/22/16 | 103 | Office of U.S. Trustee | Ch. 11 administrative fees Reversal<br>wrong amount | 2950-000 | | ($350.00) | $350.00 |
| 07/22/16 | 104 | Office of U.S. Trustee | Ch 11 adminstrative fees<br>Paid per order 7/20/16 [dkt 63] | 2950-000 | | $325.00 | $25.00 |
| 01/04/18 | 105 | Illinois Dept of Revenue | priority claim | 5800-000 | | $25.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $20,769.58 | $20,769.58 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,769.58 | $20,769.58 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,769.58 | $20,769.58 |

Page Subtotals: $20,769.58  $20,769.58

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3797 - Checking | $20,769.58 | $20,769.58 | $0.00 |
|  | $20,769.58 | $20,769.58 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,769.58 |
| Total Gross Receipts: | $20,769.58 |

Page Subtotals:   $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*